```
JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016)
STANLEY M. GIBSON (Bar No. 162329)
JIM D. BAUCH (Bar No. 199454)
2121 Avenue of the Stars, Tenth Floor
Los Angeles, California 90067-5010
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567

Attorneys for Defendants NETSCAPE
COMMUNICATIONS CORPORATION and
AT HOME CORP. f/k/a EXCITE, INC.
```

FILED SEP 13 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

ENTERED SEP 14 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA OFFICE
BY _____ DEPUTY

Priority ___
Send ___
Clsd ___
Enter ✓
JS-5/JS-6 (circled)
JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PLAYBOY ENTERPRISES OF CALIFORNIA, Plaintiff, v. NETSCAPE COMMUNICATIONS CORPORATION, Defendant. | CASE NO. SACV 99-320 AHS (EEx)  **Related case:** CASE NO. SACV 99-321 AHS (EEx) PLAYBOY ENTERPRISES INTERNATIONAL, INC. v. EXCITE INC.  [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS NETSCAPE COMMUNICATIONS CORPORATION AND EXCITE, INC. |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., Plaintiff, v. EXCITE, INC., Defendant. | Date:  August 28, 2000 Time:  10:00 a.m. Place: Courtroom of Hon. Alicemarie H. Stotler |

✓ Docketed
✓ Copies / NTC Sent
  JS-5 / JS-6
  JS-2 / JS-3
  CLSD

LADOCS\2617867.1

Copy to Mr Riffer in envelope provided

ENTER ON ICMS  SEP 14 2000

PRINTED ON RECYCLED PAPER

JUDGMENT OF DISMISSAL

The motion of defendants Netscape Communications Corporation and Excite, Inc. for summary judgment came on regularly for hearing by the court, the Honorable Alicemarie H. Stotler, presiding, on August 28, 2000. Jeffrey K. Riffer appeared on behalf of defendants and Barry Felder appeared on behalf of plaintiff.

After considering the papers, arguments of counsel and all other matters presented to the Court,

IT IS ORDERED, ADJUDGED, AND DECREED, that the motion of defendants Netscape Communications Corporation and Excite, Inc. for summary judgment on plaintiff's complaint be, and hereby is, granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing by its complaint, that its action be dismissed on the merits with prejudice, that judgment be entered for defendants, and that defendants recover from plaintiff their costs of suit.

DATED: Sept. 13 2000

_____
HON. ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER
STANLEY M. GIBSON
JIM D. BAUCH

By: _____
JEFFREY K. RIFFER
Attorneys for Defendantsa Netscape Communications Corporation and At Home Corp., f/k/a Excite, Inc.

LADOCS\2617867 1                    -1-


# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2121 Avenue of the Stars, 10th Floor, Los Angeles, California 90067.

On <u>July 31, 2000</u>, I served the document(s) described as: **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS NETSCAPE COMMUNICATIONS CORPORATION AND EXCITE, INC.** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**VIA FEDERAL EXPRESS**
Barry G. Felder, Esq.
Matthew D. Moren, Esq.
Brown, Raysman, Millstein, Felder
 & Steiner, LLP
120 W. 45th Street
New York, NY 10036
(Fax: 212/840-2429; Tel: 212/944-1515)

**VIA MESSENGER**
Barry G. Felder, Esq.
Henry J. Silberberg, Esq.
Timothy J. Martin, Esq.
Brown, Raysman, Millstein, Felder
 & Steiner, LLP
1880 Century Park East, Suite 711
Los Angeles, CA 90067
(Fax: 310/712-8383; Tel: 310/712-8300)

**VIA FEDERAL EXPRESS**
Paul L. Gale, Esq.
Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
(Fax: 949/725-4100; Tel: 949/725-4000)

[X] (BY PERSONAL SERVICE) I caused the above-mentioned envelope(s) to be delivered by hand to the office of the addressee(s) as set forth above.

[X] (BY FEDERAL EXPRESS) I caused the above-mentioned envelope(s) to be delivered by FedEx Priority overnight service to the office of the addressee(s) as set forth above.

[ ] (BY MAIL) I deposited the above-mentioned envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on <u>July 31, 2000</u>, in Los Angeles, California.

_____
Ana Rivera