UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.:      SA CV 99-320-AHS                    Date: February 17, 2004
(related to)   SA CV 99-321-AHS

Case Title: PLAYBOY ENTERPRISES, INC. v. NETSCAPE COMMUNICATIONS CORP.
            PLAYBOY ENTERPRISES, INC. v. EXCITE INC.

================================================================

PRESENT:  THE HONORABLE ALICEMARIE H. STOTLER, JUDGE

          Ellen Matheson                    NOT PRESENT
          Courtroom Deputy                  Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):   ATTORNEY(S) PRESENT FOR DEFENDANT(S):
Not Present                             Not Present

PROCEEDINGS:   (IN CHAMBERS) ORDER SETTING STATUS CONFERENCE
               AFTER JUDGMENT BY U.S. COURT OF APPEALS, NINTH CIRCUIT

     This Court has received the Judgment of the U.S. Court of Appeals for the Ninth Circuit <u>reversing and remanding</u>. IT IS ORDERED that these cases be placed on calendar for a <u>Status Conference</u> on Monday, <u>April 19, 2004, at 11:00 a.m.</u>

     IT IS FURTHER ORDERED that counsel shall file a Joint Status Report on each case at least ten (10) days before the date of the Status Conference. Counsel shall include information in the Joint Status Report concerning the following topics:

   1. Claims filed by plaintiff and intervening disposition thereof as to claims and parties, both plaintiffs and defendants, as well as counter-claims, if any, and intervening dispositions thereof as to claims and parties, both counter-claimants and counter-defendants;

   2. Claims remaining for trial proceedings;

   3. What length of trial for those claims is estimated by the parties; and,

   4. Whether a Pretrial Conference and Trial must be scheduled, and, if so, what dates for Pretrial Conference and Trial are preferred.

     A separate section for each party, if the parties so choose, may be included to set forth additional items/topics that the Court should be apprised of, either by way of background or for further information concerning additional proceedings.

MINUTES FORM 11                                    Initials of Deputy Clerk KGP
CIVIL