1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016)
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, California 90067-4308
   Telephone: (310) 203-8080
4  Facsimile: (310) 203-0567

5  Attorneys for Defendant NETSCAPE
   COMMUNICATIONS CORPORATION

6

7

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                           SOUTHERN DIVISION

10

11

12 PLAYBOY ENTERPRISES, INC.,            )  CASE NO. SACV 99-320 AHS (EEx)
                                         )
13                      Plaintiff,       )  **Related case:**
                                         )  CASE NO. SACV 99-321 AHS (EEx)
14 v.                                    )  PLAYBOY ENTERPRISES
                                         )  INTERNATIONAL, INC. v. EXCITE INC.
15 NETSCAPE COMMUNICATIONS               )
   CORPORATION,                          )
16                                       )  **STIPULATION OF DISMISSAL WITH
                        Defendant.       )  PREJUDICE** AND ORDER THEREON
17 _____)

18

19

20

21

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Priority
Send    X
Enter
Closed
JS-5/JS-6  X
JS-2/JS-3
Scan Only

DOCKETED ON CM
FEB 23 2004
BY _____ 037

IT HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through their undersigned counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-entitled action, including any and all claims and counterclaims asserted herein, may be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 26, 2004

| BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|---|---|
| By: _____ Barry G. Felder, State Bar No. 175658 | By: _____ Jeffrey K. Riffer, State Bar No. 87016 |
| 1880 Century Park East - Suite 711 Los Angeles, CA 90067 Tel: (310) 712-8300 Fax: (310) 712-8383 | 1900 Avenue of the Stars, 7th Floor Los Angeles, CA 90067 Tel: (310) 203-8080 Fax: (310) 203-0567 |
| Attorneys for Plaintiff Playboy Enterprises International, Inc. | Attorneys for Defendants Netscape Communications Corporation and At Home Corporation f/k/a Excite, Inc. |

IT IS SO ORDERED

Dated  FEB 20 2004

United States District Judge

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On February 20, 2004 I served the document(s) described as: **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelop addressed as follows:

Barry G. Felder, Esq.  
Matthew D. Moren, Esq.  
Brown Raysman Millstein Felder  
   & Steiner LLP  
900 Third Avenue  
New York, NY 10022

Paul L. Gale, Esq.  
Stradling Yocca Carlson & Rauth  
660 Newport Center Drive  
Suite 1600  
Newport Beach, CA 92660

[ ]  (BY PERSONAL SERVICE)  I caused the above-mentioned envelope(s) to be delivered by hand to the office of the addressee as set forth above.

[ ]  (BY TELECOPIER) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above via telecopier at the number(s) set forth above.

[ ]  (BY FEDERAL EXPRESS)  I caused the above-mentioned envelope(s) to be delivered by FedEx Priority overnight service to the office(s) of the addressee(s) as set forth above.

[X]  (BY MAIL) I deposited the above-mentioned envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2004 in Los Angeles, California.

_____  
Ana Rivera